FILED
U.S. District Court
District of Kansas
10/09/2026
Clerk, U.S. District Court
By: KGS Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**TRACY ALAN MARKEE,**

**Plaintiff,**

**v.** **CASE NO. 26-3218-JWL**

**JEFF ZMUDA, et al.,**

**Defendants.**

**MEMORANDUM AND ORDER**

This matter comes now before the Court on Plaintiff Tracy Alan Markee's motion to dismiss. (Doc. 8.) After reviewing the motion, the Court concludes that this matter should be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to dismiss (Doc. 8) is **granted** and this matter is **dismissed without prejudice.**

.

**IT IS SO ORDERED**.

Dated on this 9th day of October, 2026, in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge